# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TIMOTHY JOSEPH FERGUSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1723

[April 22, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Carlton Heisey, Judge; L.T. Case Nos. 562014CF001172A; 562014CF001814A; 562024CF002199A.

Jonathan Jay Kirschner of Jonathan Jay Kirschner, Esq., & Associates, LLC, Fort Pierce, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See, inter alia, Venter v. State*, 901 So. 2d 898, 898 (Fla. 4th DCA 2005) ("We know of no principle or case, nor has one been cited to us, which holds that due process includes the right of an express explanation on why a motion to downward depart was denied. We decline to recognize such a right.").

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***